# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Particle Industries, Inc.,**<br><br>Defendant. | Case No. 1:21-cv-00790-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Nitetek Licensing LLC and Defendant Particle Industries, Inc. ("Particle"), hereby stipulate and agree, subject to the approval of the Court, that Particle's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended thirty (30) days to July 30, 2021.

Dated: June 29, 2021

Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff**
**Nitetek Licensing LLC**

**SO ORDERED** this _____ day of _____, 2021.

_____
United States District Court Judge

**Error! Unknown document property name.**