# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Particle Industries, Inc.,**<br><br>  Defendant. | Case No. 1:21-cv-00790-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF NITETEK LLC'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER

Plaintiff Nitetek Licensing LLC ("Plaintiff") hereby respectfully moves this Court for an extension of time for Defendant Particle Industries, Inc. ("Defendant") to answer, move, or otherwise respond to the Complaint [D.I. 1] to September 3, 2021. Defendant's response was originally extended to July 30, 2021 [D.I. 7]. Plaintiff's counsel has conferred with Defendant's counsel with respect to this extension and Defendant does not oppose the same. In fact, Defendant requested that Plaintiff file this motion.

The reason for this request is so that Plaintiff and Defendant can attempt to possibly formalize a resolution of this matter. Neither party will be prejudiced by this brief extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for this Court to extend the time for Defendant to answer, move, or otherwise respond to the Complaint to September 3, 2021.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: July 29, 2021                                  Respectfully submitted,

                                                    **GAWTHROP GREENWOOD, PC**

                                                    /s/ *David W. deBruin*
                                                    David W. deBruin, Esq. (#4846)
                                                    3711 Kennett Pike, Suite 100
                                                    Wilmington, DE 19807
                                                    Phone: 302-777-5353
                                                    ddebruin@gawthrop.com

                                                    *Counsel for Plaintiff*
                                                    *Nitetek Licensing LLC*


IT IS SO ORDERED this _____ of _____, 2021.


                                                    _____
                                                    United States District Court Judge