IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NITETEK LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-790-MN |
| | ) | |
| PARTICLE INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Under Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Matthew S. Warren and Jennifer A. Kash of WARREN LEX LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, to represent defendant Particle Industries, Inc. in this matter.

/s/ Andrew E. Russell

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
Matthew S. Warren
Jennifer A. Kash
WARREN LEX LLP
2261 Market Street No. 606
San Francisco CA 94114
(415) 895-2940
21-790@cases.warrenlex.com

Dated:  August 23, 2021

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Matthew S.

Warren and Jennifer A. Kash is granted.


Date: _____          _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Under Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York, and the Commonwealth of Massachusetts, and under Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:   August 23, 2021

Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California,  94114
+1 (415) 895-2940
matt@warrenlex.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Under Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and under Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:   August 23, 2021

Jennifer A. Kash
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
jen@warrenlex.com