IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-790-MN |
| | ) |
| PARTICLE INDUSTRIES, INC., | ) **Jury Trial Demanded** |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Particle Industries, Inc., respectfully moves the Court to dismiss the complaint filed by plaintiff Nitetek Licensing LLC, D.I. 1.  Defendant respectfully requests that the Court enter the attached order granting this motion.  Particle has fully set forth the grounds for this motion in its concurrently filed Opening Brief in Support of the Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint by Particle Industries, Inc.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Matthew S. Warren | 1105 North Market Street, 12th Floor |
| Jennifer A. Kash | Wilmington, DE 19801 |
| WARREN LEX LLP | (302) 298-0700 |
| 2261 Market Street No. 606 | kkeller@shawkeller.com |
| San Francisco CA 94114 | arussell@shawkeller.com |
| (415) 895-2940 | *Attorneys for Defendant* |
| 21-790@cases.warrenlex.com | |

Dated:  August 23, 2021