IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NITETEK LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-790-MN |
| | ) | |
| PARTICLE INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO DISMISS**

At Wilmington this _____ day of _____, 2021, having considered Defendant

Particle Industries, Inc.'s Motion to Dismiss and the respective papers submitted by both parties

in support of, or in opposition to, said motion, IT IS HEREBY ORDERED that the motion to

dismiss is GRANTED.

The Court finds that all claims of U.S. Patent No. 6,661,783 are invalid as directed to

patent-ineligible subject matter under 35 U.S.C. § 101.  Plaintiff's complaint is DISMISSED

with prejudice.


_____
United States District Judge