IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-790-MN |
| | ) |
| PARTICLE INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT PARTICLE INDUSTRIES**

Under Federal Rule of Civil Procedure 7.1, Defendant Particle Industries, Inc. hereby states that (i) it has no parent corporation and (ii) no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:
Matthew S. Warren
Jennifer A. Kash
WARREN LEX LLP
2261 Market Street No. 606
San Francisco CA 94114
(415) 895-2940
21-790@cases.warrenlex.com

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

Dated:  August 23, 2021