# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**Particle Industries, Inc.,**<br><br>    Defendant. | Case No. 1:21-cv-00790-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF NITETEK LLC'S MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Nitetek Licensing LLC ("Plaintiff") hereby respectfully moves this Court for a one (1) week extension of time for Plaintiff to respond to Defendant Particle Industries, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Rule 12(b)(6) [D.I. 10].

Plaintiff has agreed twice to file motions to extend the time for Defendant to answer, move, or otherwise respond to the Complaint [D.I. 1]. Defendant's response deadline was originally extended to July 30, 2021 [D.I. 7]. Plaintiff then agreed to file another motion on Defendant's behalf to further extend the Defendant's response deadline to September 3, 2021 [D.I. 8].

On August 23, 2021, Defendant filed a Motion to Dismiss Pursuant to Rule 12(b)(6) [D.I. 10] and Brief in Support of the Motion to Dismiss Pursuant to Rule 12(b)(6) [D.I. 11]. Plaintiff's counsel conferred with Defendant's counsel on September 7, 2021, with respect to this requested extension and Defendant opposes the Plaintiff's motion for a one (1) week extension despite the Plaintiff agreeing to move to extend the Defendant's response deadline two (2) times prior and the overlap of the Labor Day and Rosh Hashanah holidays with the current deadline. Therefore, Plaintiff is hereby

asking the Court for a one (1) week extension to September 14, 2021, in which to file its response to Defendant's Motion to Dismiss.

|  |  |
|---|---|
| Dated: September 7, 2021 | Respectfully submitted,<br><br>**GAWTHROP GREENWOOD, PC**<br><br>/s/ *David W. deBruin*<br>David W. deBruin, Esq. (#4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>Phone: 302-777-5353<br>ddebruin@gawthrop.com<br><br>*Counsel for Plaintiff*<br>*Nitetek Licensing LLC* |