IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Particle Industries, Inc.,**<br><br>  Defendant. | Case No. 1:21-cv-00790-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME FOR PLAINTIFF TO FILE
<u>ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS</u>**

Upon consideration of Plaintiff Nitetek Licensing LLC's ("Plaintiff") Motion for a one (1) week extension of time to September 14, 2021 for Plaintiff to respond to Defendant Particle Industries, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Rule 12(b)(6) and the arguments and papers presented in support and in opposition thereto, IT IS HEREBY ORDERED that the Plaintiff's motion is GRANTED.

IT IS SO ORDERED this _____ of September, 2021.

_____
United States District Court Judge