IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Particle Industries, Inc.,**<br><br>    Defendant. | Case No. 1:21-cv-00790-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Nitetek Licensing LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Particle Industries, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 14, 2021　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/David W. deBruin*
　　　　　　　　　　　　　　　　　　　　　　**David W. deBruin, Esq.**
　　　　　　　　　　　　　　　　　　　　　　**Gawthrop Greenwood, PC**
　　　　　　　　　　　　　　　　　　　　　　3711 Kennett Pike, Suite 100
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19807
　　　　　　　　　　　　　　　　　　　　　　302-777-5353
　　　　　　　　　　　　　　　　　　　　　　ddebruin@gawthrop.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*